# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEREMY LEE COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-3050-CM |
| ALEX BEBB, et al., | ) |
| Defendants. | ) |

## ORDER

This matter comes before the court upon defendants' Motion to Strike Pleadings (ECF No. 68) and the following motions filed by the plaintiff, proceeding *pro se*: (1) Motion to Add Party (ECF No. 59); (2) Motion for Leave to File More Than 25 Interrogatories (ECF No. 60); (3) Motion for Ruling on Admissibility of Depositions Taken in Prior Action (ECF No. 61); (4) Motion to Dismiss Specific Claims (ECF No. 63); (5) Motion to Assert Affirmative Defenses (ECF No. 64); (6) Motion for Leave to Propound Additional Interrogatories (ECF No. 65); and (7) Motion for Leave to Propound Additional Interrogatories (ECF No. 66). For the following reasons, defendants' motion is granted and the motions filed by plaintiff are stricken.

Plaintiff, proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. He alleges he was subjected to excessive force by the defendants during his arrest on August 29, 2015.

On April 17, 2018, the court stayed this action until May 8, 2019, based upon the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. app. §§ 501–596, because defendant Alex Bebb had been assigned to active duty for the United States Army to participate in Operation Enduring Freedom beginning April 3, 2018. On July 25, 2018 and August 7, 2018, plaintiff filed

the aforementioned motions. On August 8, 2018, defendants filed their motion to strike these documents based upon the court's stay order.

This case has been stayed by the court. As a result, the court will grant defendants' motion and strike the documents filed by plaintiff.[1] This order, however, does not preclude plaintiff from renewing these motions once the stay is lifted.[2]

**IT IS THEREFORE ORDERED** that defendants' Motion to Strike Pleadings (ECF No. 68) is hereby granted. The following motions filed by plaintiff are stricken without prejudice to refiling once the stay is lifted: (1) Motion to Add Party (ECF No. 59); (2) Motion for Leave to File More Than 25 Interrogatories (ECF No. 60); (3) Motion for Ruling on Admissibility of Depositions Taken in Prior Action (ECF No. 61); (4) Motion to Dismiss Specific Claims (ECF No. 63); (5) Motion to Assert Affirmative Defenses (ECF No. 64); (6) Motion for Leave to Propound Additional Interrogatories (ECF No. 65); and (7) Motion for Leave to Propound Additional Interrogatories (ECF No. 66).

**IT IS SO ORDERED.**

Dated this 15th day of August, 2018, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge

---

[1] *Santos v. U.S. Bank Natl. Assn.*, No. C16-0434RSM, 2017 WL 591299, at *5 (W.D. Wash. Feb. 14, 2017).
[2] *Id.*